[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 08-15064
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 29, 2009
THOMAS K. KAHN
CLERK

D. C. Docket No. 06-20494-CR-MGC

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ORLANDO MALDONADO,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(April 29, 2009)

Before CARNES, WILSON and KRAVITCH, Circuit Judges.

PER CURIAM:

David J. Joffe, appointed counsel for Orlando Maldonado in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v.California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Maldonado's conviction and sentence are **AFFIRMED**.